854 A.2d 1277

James Michael DUNYAN, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE; Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

Aug. 5, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of August, 2004, probable jurisdiction is noted and the order appealed is affirmed.